UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| **ALLEN GREY,** | **CIVIL ACTION NO. 5:15-13-KKC** |
| Petitioner, | |
| V. | **ORDER** |
| **COMM OF KENTUCKY,** | |
| Respondent. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the petitioner Allen Grey's petition for writ of habeas corpus (DE 10) under 28 U.S.C. § 2254. The petition was referred to a magistrate judge who recommends that it be denied.

Before filing his recommendation, the magistrate judge issued two orders finding the petition to be procedurally improper and directing Grey to submit a corrected petition. In the second order, the magistrate judge specifically directed Grey to name as the respondent the state officer who has custody of him pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases. This person typically is the warden of the facility where the petitioner is incarcerated. *See Stanley v. California Supreme* Court, 21 F.3d 359, 360 (9th Cir. 1994). "Failure to name the petitioner's custodian as a respondent deprives courts of personal jurisdiction." *Id*. The magistrate judge warned Grey that he would recommend dismissal of this action if Grey did not file a corrected petition that complied with the magistrate judge's order.

Grey filed a second corrected petition but again named "Comm of Kentucky" as the respondent. For this reason, the magistrate judge recommends that the action be dismissed.

Grey has not filed any objections to the magistrate judge's recommendation and the Court agrees with the magistrate judge's conclusions.

For all these reasons, the Court hereby ORDERS that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE.**

Dated May 4, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY